# In the United States Court of Federal Claims

Nos. 12-431L, 12-592L, 13-51X

(Filed: October 29, 2015)

```
*****************************************  *
GRACE M. GOODEAGLE, et al.,              *
                         Plaintiffs,     *
   v.                                    *
                                         *
THE UNITED STATES,                       *
                         Defendant.      *
*****************************************  *
QUAPAW TRIBE OF OKLAHOMA,                *
                         Plaintiff,      *
   v.                                    *
                                         *
THE UNITED STATES,                       *
                         Defendant.      *
*****************************************  *
THOMAS CHARLES BEAR et al.,              *
                         Claimants,      *
   v.                                    *
                                         *
THE UNITED STATES,                       *
                         Defendant.      *
*****************************************  *
```

ORDER

After a telephone discussion on October 29, 2015, the parties agree to reserve Tuesday, September 20, 2016 through Thursday, September 22, 2016 for a site visit to the Quapaw Reservation and to take testimony from certain elderly witnesses.  Logistics for this event will be determined at a later date.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge