# In the United States Court of Federal Claims

Nos. 12-431L, 12-592L, 13-51X

(Filed: March 24, 2016)

```
*****************************************
GRACE M. GOODEAGLE, et al.,              *
                    Plaintiffs,          *
v.                                       *
                                         *
THE UNITED STATES,                       *
                    Defendant.           *
*****************************************
QUAPAW TRIBE OF OKLAHOMA,                *
                    Plaintiff,           *
v.                                       *
                                         *
THE UNITED STATES,                       *
                    Defendant.           *
*****************************************
THOMAS CHARLES BEAR, et al.,             *
                    Claimants,           *
v.                                       *
                                         *
THE UNITED STATES,                       *
                    Defendant.           *
*****************************************
```

## ORDER

As discussed with counsel for the parties, the Court will hold a telephonic status conference on Tuesday, March 29, 2016 at 2:30 PM EDT. Prior to the conference, the Court will send counsel an e-mail with instructions on joining the call.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge