# In the United States Court of Federal Claims

Nos. 12-431L, 12-592L, 13-51X

(Filed: July 21, 2016)

```
*****************************************
GRACE M. GOODEAGLE, et al.,           *
                        Plaintiffs,   *
  v.                                  *
                                      *
THE UNITED STATES,                    *
                        Defendant.    *
*****************************************
QUAPAW TRIBE OF OKLAHOMA,             *
                        Plaintiff,    *
  v.                                  *
                                      *
THE UNITED STATES,                    *
                        Defendant.    *
*****************************************
THOMAS CHARLES BEAR, et al.,          *
                        Claimants,    *
  v.                                  *
                                      *
THE UNITED STATES,                    *
                        Defendant.    *
*****************************************
```

<u>ORDER</u>

On July 21, 2016, the Court held a telephonic conference with the parties to discuss logistics for travel to the Quapaw Reservation on September 20, 2016 through September 22, 2016. During that time, the Court will conduct a site visit and take testimony from certain elderly witnesses. As discussed during the call, the parties shall file a joint status report on or before August 22, 2016 with a proposed itinerary for the site visit as well as the names of witnesses anticipated to testify.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge