## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Grace M. Goodeagle et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 12-431L |
| | ) | |
| v. | ) | Hon. Thomas C. Wheeler |
| | ) | |
| United States, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Quapaw Tribe of Oklahoma (O-Gah-Pah), a federally recognized Indian nation, | ) | No. 12-592L |
| | ) | |
| Plaintiff, | ) | Hon. Thomas C. Wheeler |
| v. | ) | |
| | ) | |
| United States, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Thomas Charles Bear et al., | ) | |
| | ) | |
| Claimants, | ) | No. 13-51X |
| | ) | |
| v. | ) | Hon. Thomas C. Wheeler |
| | ) | |
| United States, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATIONS OF FACT

Plaintiffs/Claimants' (collectively, "the Quapaw") and Defendant, the United States, hereby stipulate to the following facts for the purposes of the trial set for October 11, 2016. These factual stipulations are intended to facilitate the presentation of evidence

1

at trial. In entering into these factual stipulations, the parties do not waive their right to argue the relevancy of these facts in the case, nor do they waive the right to contest any of these facts in further proceedings in the case. Finally, these factual stipulations are not intended to bind the parties in any other litigation.

The parties continue to work on additional stipulations of fact.

**The Parties**

1. Plaintiff, the Quapaw Tribe of Indians of Oklahoma, also known as the Quapaw Tribe of Oklahoma or the O-Gah-Pah, is a federally recognized Indian tribe with its tribal headquarters located near Quapaw, Oklahoma.

2. Plaintiff, Grace M. Goodeagle, is an enrolled member of the Quapaw Tribe residing in Commerce, Oklahoma.

3. Plaintiff, Thomas Charles Bear, is an enrolled member of the Quapaw Tribe residing in Miami, Oklahoma.

4. Plaintiff, Edwina Faye Busby, is an enrolled member of the Quapaw Tribe residing in Miami, Oklahoma.

5. Plaintiff, Phyllis Romick Kerrick, is an enrolled member of the Quapaw Tribe residing in Lawton, Oklahoma.

6. Plaintiff, Jean Ann Lambert, is an enrolled member of the Quapaw Tribe residing in Miami, Oklahoma.

7. Plaintiff, Florence Whitecrow Mathews, is an enrolled member of the Quapaw Tribe residing near Quapaw, Oklahoma.

8. Plaintiff, Ardina Revard Moore, is an enrolled member of the Quapaw

Tribe and resides in Miami, Oklahoma.

9. Plaintiff, Tamara Anne Romick Parker is an enrolled member of the Quapaw Tribe residing in Garden City, Kansas.

**The Quapaw Tribe of Oklahoma or the O-Gah-Pah**

10. The Quapaw Tribe formerly was a southeastern American Indian nation whose name, "O-Gah-Pah" (anglicized as "Quapaw"), means the "people who went downstream" or the "Downstream People." The Tribe's homeland for many centuries was near the confluence of the Mississippi and Arkansas Rivers within the present-day State of Arkansas. When first encountered by Europeans in the 1670s, approximately 15,000 to 20,000 Quapaw lived in villages in this region.

11. In 1818, the Quapaw Tribe signed a treaty ceding their land in Arkansas to the United States.

12. By an enactment of the Quapaw National Council on March 23, 1893, the Quapaw Tribe self-allotted all the Tribal land within its reservation in present-day Oklahoma to individual Members of the Tribe. The allotments were carried out in two phases.

13. On March 3, 1921, the 25-year restrictions on alienation were extended for an additional 25-year period for the lands owned by the "incompetent" Indians identified in the Act.[1] These restrictions were extended in 1939 under 52 Stat. 1127 (July 27, 1939), in 1970 under 84 Stat. 325 (June 25, 1970), and then in 1990 under 104 Stat. 206 (May

---

[1] 41 Stat. 1225, 1248-49 (Mar. 3, 1921).

25, 1990).[2]

**The Quapaw Analysis**

14. The Quapaw Tribe and the United States Department of the Interior entered into a settlement agreement that was approved by the U.S. District Court for Northern District of Oklahoma on Nov. 29, 2004.

15. In entering into this Settlement Agreement with the United States, the Quapaw Tribe specifically reserved all claims for money damages arising from past events and transactions, whether or not specifically addressed in the Quapaw Analysis. The Tribe's settlement did not purport to compromise or waive the claim of any individual Tribal member for money damages.

16. On June 1, 2010, Quapaw Information Systems completed and transmitted its completed Quapaw Analysis Report to the Government.

**Chat Royalties**

17. An EPA regulation has defined chat as "waste material that was formed in the course of milling operations employed to recover lead and zinc from metal-bearing ore minerals in the Tri–State Mining District of Southwest Missouri, Southeast Kansas and Northeast Oklahoma."[3]

**Industrial Park Agricultural Leasing and Rights-of-Way**

18. The Quapaw Tribal Trust Lands also include approximately 568.02 acres of land commonly known as the Industrial Park.

---

[2] 52 Stat. 1127 (July 27, 1939); 84 Stat. 325 (June 25, 1970); 104 Stat. 206 (May 25, 1990).
[3] 40 C.F.R. § 278.1.

| | |
|---|---|
| August 26, 2016 | Respectfully submitted, |
| John C. Cruden<br>Assistant Attorney General | s/ Nancie G. Marzulla<br>Nancie G. Marzulla<br>Roger J. Marzulla |
| s/ Brian M. Collins<br>Brian M. Collins<br>Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources<br>Division<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>(202) 305-0428 (telephone)<br>(202) 305-0506 (facsimile)<br>brian.m.collins@usdoj.gov | MARZULLA LAW, LLC<br>1150 Connecticut Avenue, NW<br>Suite 1050<br>Washington, DC 20036<br>(202) 822-6760 (telephone)<br>(202) 822-6774 (facsimile)<br>nancie@marzulla.com<br>roger@marzulla.com<br><br>Counsel for the Quapaw |
| Attorney for the United States | |
| Of Counsel: | Of Counsel: |
| Frank Singer<br>Krystalyn Kinsel<br>Guillermo Montero<br>Rebecca Jaffe<br>United States Department of Justice<br>Environment and Natural Resources | Stephen R. Ward<br>John Williams<br>CONNER & WINTERS, LLP<br>4000 One Williams Center<br>Tulsa, OK 74172<br>(918) 586-8978 (telephone)<br>(918) 586-8698 (facsimile)<br>sward@cwlaw.com<br>jwilliams@cwlaw.com |
| Kenneth Dalton<br>Shani N. Walker<br>Karen F. Boyd<br>United States Department of the Interior<br>Office of the Solicitor | |
| Thomas Kearns<br>Rebecca Saltiel<br>United States Department of the Treasury<br>Bureau of the Fiscal Service<br>Office of Chief Counsel | |